**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC (TIFFANY HARRISON),

    Plaintiff,

v.

    Case No. 20-11642

    HON. DENISE PAGE HOOD

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendants.
_____/

**ORDER DISMISSING CASE**

    A Scheduling Conference in this matter for January 13, 2021.  The November 24, 2020 Order Granting Motion to Withdraw as Counsel for Plaintiff stated that if new counsel does not enter an appearance on behalf of Plaintiff by January 13, 2021, the action may be dismissed.  No such appearance has been filed to date on behalf of Plaintiff.

    Although an individual party may proceed pro se on his or her own claim, only licensed attorneys may represent corporations in federal court.  28 U.S.C. § 1654; *United States v. 9.19 Acres of Land, More or Less, in Marquette County, Michigan*, 416 F.2d 1244, 1245 (6th Cir. 1969).  A corporate president, officer, agent or shareholder may not represent a corporation before a federal court.  *9.19 Acres of*

*Land*, 416 F.2d at 1245; *Nat'l Labor Relations Board v. Consol. Food Servs., Inc.*, 81 F. App'x 13 n. 1 (6th Cir. 2003)(citations omitted).  The rule applies to all other artificial entities, such as partnerships, unincorporated associations and trusts.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Dimercurio v. Comm'r of Internal Revenue*, Case No. 08-1378, 2008 WL 5784519 (6th Cir. June 16, 2008).  If no attorney files an appearance on behalf of a plaintiff entity, the complaint may be dismissed without prejudice.  *Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59, 62 (2d Cir. 1990).

Because no counsel has filed an appearance on behalf of Plaintiff, accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice for lack of prosecution pursuant to E.D. Mich. LR 41.2.  This case is designated as CLOSED on the Court's docket.

                                                s/Denise Page Hood
                                                Denise Page Hood
                                                Chief United States District Judge

Dated: January 14, 2021